UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM PETAWAY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 3:17-cv-4 (VAB) |
| | : | |
| COUNSELOR SUPERVISOR OSDEN, ET AL., | : | |
| Defendants. | : | |

## **ORDER**

Mr. Petaway, who resides in New Haven, Connecticut, has filed a civil rights complaint against

Counselor Supervisors Osden, Milling and Palliardi in their individual and official capacities. The

United States Marshal has personally served defendants Osden and Palliardi in their individual

capacities.

On May 2, 2017, the Court granted Mr. Petaway's motion requesting the Clerk to obtain a

service address for Defendant Lynn Milling. Because Lynn Milling has retired from the State of

Connecticut Department of Correction, the Clerk is directed to mail a waiver of service of process

request packet, including a copy of the Complaint and this Order, to Lynn Milling in her individual

capacity in care of the Department of Correction Office of Legal Affairs. On the thirty-fifth (35th) day

after mailing, the Clerk shall report to the Court on the status of the request. If Defendant Milling fails

to return the waiver request, the Clerk shall make arrangements for in-person service by the U.S.

Marshals Service and Ms. Milling shall be required to pay the costs of such service in accordance with

Federal Rule of Civil Procedure 4(d).

Because it is unclear whether any of the Defendants have been served in their official

capacities, the Court enters the following order for service. Within ten days of the date of this order,

the Clerk shall prepare the necessary paperwork to serve all three Defendants in their official capacities

and forward the paperwork, including a summons and copies of this Order and the Complaint to the

U.S. Marshal. Within thirty days of the date of this Order, the U.S. Marshals Service shall serve the

summons, a copy of the Complaint and this Order on Defendants in their official capacities by

delivering the necessary documents in person to the Office of the Attorney General, 55 Elm Street,

Hartford, CT 06141.

     SO ORDERED at Bridgeport, Connecticut this 5th day of May, 2017.

                    __/s/ Victor A. Bolden_____
                    VICTOR A. BOLDEN
                    UNITED STATES DISTRICT JUDGE